# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT, LLC,
                Appellant,
vs.
NATIONSTAR MORTGAGE, LLC,
SUCCESSOR BY MERGER TO BAC
HOME LOANS SERVICING, LP,
                Respondent.

No. 76131

**FILED**

FEB 20 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]

_____, C.J.

cc:    Hon. Kathleen E. Delaney, District Judge
       Eleissa Lavelle, Settlement Judge
       Kerry P. Faughnan
       Akerman LLP/Las Vegas
       Eighth District Court Clerk

---

[1]The motion to dismiss this appeal, filed on February 7, 2019, is denied as moot.

19-07884